■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MALAKI SHAKUR LATINE, Also Known as GREGORY LATINE, Appellant.—Judgment, Supreme Court, New York County (Burton Roberts, J.), rendered on October 1, 1981, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is

granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Carro, Asch and Wallach, JJ.